IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERRY MOTOLO : | |
|     Petitioner : | Civil Action No. 1:15-cv-586 |
| : | |
| v. : | (Judge Kane) |
| : | |
| J. BALTAZAR : | (Magistrate Judge Schwab) |
|     Respondent : | |

## ORDER

Before the Court in the above-captioned action is a September 15, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed. **ACCORDINGLY**, this 5th day of October, 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 15) of Magistrate Judge Schwab.

2) The Petition for Writ of Habeas Corpus (Doc. No. 1), is **DENIED**.

3) The Clerk of Court shall **CLOSE** this case.

                                                *S/ Yvette Kane*
                                                YVETTE KANE, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania